**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**SPIN MASTER LTD.,** *et al.*,

*Plaintiffs*,

v.

**AISHGJIA,** *et al.*,

Defendants.

CIVIL ACTION NO.
1:25-cv-05445-JPB

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Spin Master Ltd. and Spin Master Toys UK Limited, hereby voluntarily dismiss this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Aishgjia

2. LWITHSZG Co.Ltd

3. RyanK

Dated this 13th day of November 2025.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Ga. Bar No. 676426
E-mail: aziegler@gbc.law
Justin R. Gaudio
Ga. Bar No. 434363
E-Mail: jgaudio@gbc.law

200 West Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
Facsimile: 312-360-9315
GREER, BURNS & CRAIN, LTD.

Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, GA 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970
THE SLADKUS LAW GROUP

***Attorneys for Plaintiffs***